IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHERIE HOLT**                                                                 **PLAINTIFF**

VS.                          CASE NO. 4:22-CV-00630 BRW/PSH

**KILOLO KIJAKAZI, Acting Commissioner,**
   **Social Security Administration**                          **DEFENDANT**

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this 3rd day of May, 2023.

                                                BILLY ROY WILSON
                                                UNITED STATES DISTRICT JUDGE